

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
```

MARIA LILIA HINOJOSA                *
                                    *
VS.                                 *   C.A. NO.   B-98-087
                                    *
HINOJOSA AUTO PARTS AND WAREHOUSE CORP.   *

## SCHEDULING ORDER

On this day an initial pretrial conference was held in the above-entitled and numbered cause of action, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by __April 30, 1999__. If additional time is required, a motion requesting such extension must be filed no later than __March 30, 1999__. Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, in full compliance with the local rules, setting forth the following matters be filed no later than __June 15, 1999__:

    (a) the nature of the case;
    (b) contentions of the parties;
    (c) stipulations;
    (d) specific issues of fact, as they are submitted to the jury;
    (e) issues of law, if any;
    (f) list of all pending motions;
    (g) approximate duration of trial; and
    (h) in non-jury cases, specific proposed findings of fact and conclusions of laws.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) (a) Plaintiff/s shall designate expert witnesses, if applicable, by _____.
    (b) Defendant/s shall designate expert witnesses, if applicable, by _____.

(5) A final pretrial and settlement conference be set for __June 25, 1999 @ 2:00 P.M.__.

(6) Trial on the merits be set for __July 1999__, docket call.

DONE at Brownsville, Texas, on __August 19, 1998__.

                                                                 _Fidencio G. Garza_
                                                                 Fidencio G. Garza, Jr.
                                                            United States Magistrate Judge

United States District Court
Southern District of Texas
ENTERED
AUG 2 0 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____