IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 15 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LILIA HINOJOSA | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-98-087 |
| | * | |
| HINOJOSA AUTO PARTS CORPORATION | * | |

### ORDER GRANTING MOTION FOR EXTENSION OF DISCOVERY DEADLINE

On this day came on to be considered an **Motion For Extension of Discovery Deadline** in the above-entitled and numbered cause, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by May 28, 1999.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, in full compliance with the local rules, setting forth the following matters shall be filed no later than July 16, 1999:

  (a) the nature of the case;
  (b) contentions of the parties;
  (c) stipulations;
  (d) specific issues of fact, as they are submitted to the jury;
  (e) issues of law, if any;
  (f) list of all pending motions;
  (g) approximate duration of trial; and
  (h) in non-jury cases, specific proposed finds of fact and conclusions of laws.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference be set for 13 AUG 99 AT 2:00 P.M.

(5) Trial on the merits be set for September, 1999, docket call.

Done at Brownsville, Texas, on 15 APRIL, 1999.

United States Magistrate Judge