IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 17 1999

Michael N. Milby
Clerk of Court

LILIA HINOJOSA                          *

VS.                                     *   CIVIL ACTION NO. B-98-087

HINOJOSA AUTO PARTS CORPORATION         *

United States District Court
Southern District of Texas
ENTERED

JUN 23 1999

Michael N. Milby, Clerk of Court

ORDER GRANTING MOTION FOR EXTENSION OF DISCOVERY DEADLINE

On this day came to be considered an Agreed Motion for Extension of Discovery Deadline in the above referenced and numbered cause, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by July 28, 1999.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery;

(3) A joint pretrial order in full compliance with the local rules setting forth the following matters shall be filed no later than September 13, 1999.

    (a) the nature of the case;
    (b) contentions of the parties;
    (c) stipulations;
    (d) specific issues of fact, as they are submitted to the jury:
    (e) issues of law, if any;
    (f) list of all pending motions;
    (g) approximate duration of trial; and
    (h) in non-jury cases, specific proposed findings of fact and conclusions of law;

THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING, FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OF DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.

(4) A final pretrial and settlement conference set for October 15, 1999, AT 1:30 P.M.
JURY SELECTION: NOVEMBER 5, 1999

(5) Trial on the merits to be set for November 1999 docket call.

Done at Brownsville, Texas, on 12 June, 1999.

UNITED STATES MAGISTRATE JUDGE