13

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 22 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIA LILIA HINOJOSA | * |
| | * |
| VS | * CIVIL ACTION NO. B-98-087 |
| | * |
| HINOJOSA AUTO PARTS & | * |
| WAREHOUSE CORPORATION | * |

**ORDER GRANTING LEAVE TO FILE LATE
JOINT PRETRIAL ORDER**

ON THIS DAY came on for consideration Joint Motion for Leave of Court to File Late Joint Pretrial Order and it is the opinion of the court that same should be granted.

IT IS THEREFORE ORDERED that the Motion for Leave to File Late Joint Pretrial Order is hereby granted and said papers may be filed with the clerk of the court.

Done this 22 day of SEPT, 1999.

_____
JUDGE PRESIDING

Copies to:
Mr. Barry R. Benton, 284 Ebony Ave., Brownsville, Texas, 78520
Mr. Alfredo Padilla, 1000 E. Van Buren, Brownsville, Texas, 78520