AO456(Rev. 5/85) Notice

14

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARIA LILIA HINOJOSA

VS.

HINOJOSA AUTO PARTS & WAREHOUSE

**NOTICE**

CIVIL CAUSE NO. B-98-087

United States District Court
Southern District of Texas
FILED

SEP 23 1999

Michael N. Milby
Clerk of Court

Type of Case:

☒ CIVIL  ☐ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| Place: | Room No: |
|---|---|
|  |  |

**TYPE OF PROCEEDING**

**JURY SELECTION** - before Judge Filemon B. Vela

☒ TAKE NOTICE that the above proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| U.S Courthouse 600 E. Harrison. Street Brownsville, Texas 78520 | November 5, 1999 at 8:30am | October 29, 1999 at 1:00pm |

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

*Lourdes T. Mardis*
(BY) DEPUTY CLERK

DATE: September 23, 1999