17

United States District Court
Southern District of Texas
ENTERED

OCT 21 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA LILIA HINOJOSA | * |
| | * |
| VS | * CIVIL ACTION NO. B-98-087 |
| | * |
| HINOJOSA AUTO PARTS & | * |
| WAREHOUSE CORPORATION | * |

## ORDER

ON THIS DAY Plaintiff's Motion to Compel in the above-entitled and numbered cause was presented to the court and appearing to the court that the parties had reached an agreement regarding the matters contained in the motion evidenced by their signature below.

IT IS THE ORDER of the court that Plaintiff's motion is granted and Defendant shall produce the documents and answer the question described in the motion by Friday, October 22, 1999.

DONE AT BROWNSVILLE at this 21 day of OCT, 1999.

_____
JUDGE PRESIDING

_____            _____
Barry R. Benton                                                Alfredo Padilla by Barry Benton
                                                                              with permission