AO456(Rev. 5/85) Notice



# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 02 1999

Michael N. Milby
Clerk of Court

| MARIA LILIA HINOJOSA | NOTICE |
|---|---|
| VS. | |
| HINOJOSA AUTO PARTS & WAREHOUSE | CIVIL CAUSE NO. B-98-087 |

Type of Case:

☒ CIVIL            ☐ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| Place: | Room No: 4 |
|---|---|
| | Judge Filemon B. Vela's Courtroom |

| TYPE OF PROCEEDING |
|---|
| **JURY TRIAL** |

☒ TAKE NOTICE that the above proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO, DATE AND TIME: |
|---|---|---|
| U.S Courthouse<br>600 E. Harrison. Street<br>Brownsville, Texas<br>78520 | November 22, 1999 at 9:00 a.m. | **Monday, November 15, 1999 at 9::00 a.m.** |

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

*Lourdes Mardis*

DATE: November 2, 1999

(BY) DEPUTY CLERK