32

United States District Court
Southern District of Texas
ENTERED

NOV 16 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA LILIA HINOJOSA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-087 |
| | § | |
| HINOJOSA AUTO PARTS AND | § | |
| WAREHOUSE CORPORATION | § | |

## FINAL JUDGMENT

On October 29, 1999, the court called this case for trial. Plaintiff Maria Lilia Hinojosa, appeared in person and through her attorney and announced ready for trial. The Defendant Hinojosa Auto Parts and Warehouse Corporation appeared through its corporate representative and through its attorneys and announced ready for trial. The court determined it had jurisdiction over the subject matter and the parties to this proceeding. The court then impaneled and swore the jury, which heard the evidence and arguments of counsel. The court submitted questions, definitions, and instructions to the jury. In response, the jury made findings that the court received, filed, and entered of record. Defendant Hinojosa Auto Parts and Warehouse Corporation moved for entry of judgment on the verdict. The court considered the motion and renders judgment for Defendant.

    1. The court orders that Plaintiff, Maria Lilia Hinojosa, take nothing by her suit and that defendant, Hinojosa Auto Parts and Warehouse Corporation, recover its costs from plaintiff.

    2. Defendant, Hinojosa Auto Parts and Warehouse Corporation, requested attorney fees as the prevailing party under the Civil Rights Act, 42 U.S.C. §§2000e-5(f)-(k), 2000e-16(d), and filed an affidavit proving attorney fees in the amount of $14,350.00 (Fourteen thousand three hundred fifty). The court orders plaintiff Maria Lilia Hinojosa to pay Defendant Hinojosa Auto Parts and Warehouse Corporation $ -0- for attorney fees as costs.

    3. The court orders execution to issue for this judgment.

    4. The court denies all relief not granted in this judgment.

    5. This is a **FINAL JUDGMENT.**


SIGNED on 16th of November, 2000.

_____
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA LILIA HINOJOSA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-087 |
| | § | |
| HINOJOSA AUTO PARTS AND | § | |
| WAREHOUSE CORPORATION | § | |

### AFFIDAVIT OF MIGUEL SALINAS

On this day, MIGUEL SALINAS appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said:

"My name is Miguel Salinas, I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

1. I am an attorney licensed to practice in the State of Texas and the Southern and Western Districts of Texas.

2. I was retained by Hinojosa Auto Parts to represent the corporation in a case of Sexual Discrimination brought by Maria Lilia Hinojosa.

3. The nature of the case required that I spend 124 hours defending this case.

4. I charged Hinojosa Auto Parts $100 dollars out of court and $150 dollars in court for my services. I billed 85 hours out of court for a total of $8500 and 39 hours in court for a total of $5850. The total legal fees I charged totaled $14,350. These fees were reasonable and necessary for the services performed.

5. The fee I charged is one customarily charged in this area for the same or similar services for an attorney with my experience, reputation, and ability, considering the nature of the controversy, the time limitations imposed, the results obtained compared with results in similar cases, and the nature and length of my relationship with Hinojosa Auto Parts."

_____
MIGUEL SALINAS

SWORN TO and SUBSCRIBED before me by Miguel Salinas on July 21, 2000.

_____
Notary Public in and for the
State of Texas